UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-370-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| KENYA HICKS | |

On motion of the Defendant, Kenya Hicks, and for good cause shown, it is hereby ORDERED that the **[DE 74]** be sealed until further notice by this Court.

SO ORDERED. This _28_ day of August 2017.

JAMES C. DEVER III
Chief United States District Judge